UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

AHMAD ISMAEL IBRAHIM and MOHAMMAD TAHIR

                                                     **NOTICE OF APPEARANCE**

        Plaintiff,

    -against-                                        2:24-cv-04888-NJC-SIL

NASSAU COUNTY, T20 WORLD CUP USA INC.,
GARDAWORLD SECURITY SERVICES
MANAGEMENT COMPANY, INC., JOHN DOE ##1-4,
JANE DOE, GEORGE DOE ##1-3

        Defendant.

---------------------------------------------------------x

        PLEASE TAKE NOTICE that Thomas A. Adams, Nassau County Attorney, by NICHOLAS ZOTTO, Deputy County Attorney, hereby appears for County Defendant Nassau County in this action that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated: Mineola, New York
March 6, 2026

                                                          THOMAS A. ADAMS
                                                           Nassau County Attorney

                                                By:    __s/Nicholas Zotto_____
                                                            NICHOLAS ZOTTO
                                                            Deputy County Attorney
                                                           One West Street
                                                           Mineola, New York 11501
                                                           (516) 571-3012

TO: via email
Leo Glickman
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza West
Ste 12th Floor
Brooklyn, NY 11201
718-852-3710
Email: lglickman@stollglickman.com
ATTORNEY TO BE NOTICED

Andrew Brian Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza West
12th floor
Brooklyn, NY 11201
(718)852-3710
Fax: (718)852-3586
Email: astoll@stollglickman.com
ATTORNEY TO BE NOTICED

Scott Jonathan Sholder
Cowan DeBaets Abrahams & Sheppard LLP
60 Broad St
30th Floor
New York, NY 10004
212-974-7474
Fax: 212-974-8474
Email: ssholder@cdas.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Anthony A. Mingione
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
212-885-5000
Email: anthony.mingione@blankrome.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED