

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Steven I. Locke                                                    June 15, 2026
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY  11722

   Re:   Ahmad Ibrahim et al v. T20 and Gardaworld et al
         24-CV-4888 (EK)(NJC)

Your Honor-

I am Plaintiffs' counsel and write with a respectful request whether we can expect a decision any time soon on the pending motion for reconsideration of the order to arbitrate in the above referenced case.  I make this inquiry because there are several John and Jane Doe defendants in the matter – police officers and security guards and officials who were personally involved in the arrest of one of my clients and the alleged First Amendment violations against both of my clients. I am concerned about the statute of limitations with respect to those individuals.

Whatever the Court's decision on our motion, there are still substantial proceedings that are likely required before I will be able to claw those names out through discovery and amend the caption. For example, in the event the Court agrees with our position, it is possible a preliminary jury trial on the arbitrability question will be necessary, and the defendants might even be entitled to appeal after such a trial.  In the event the Court disagrees with our position, there is no telling how fast arbitration will proceed, or how efficiently Plaintiffs will be able to conduct discovery in that venue.

Thus, while the statute of limitations on a § 1983 action is still about a year away, that year can easily be eaten up by procedural dances that prejudice my clients' positions.  I thought this letter would be a more efficient way of broaching the inquiry than a phone call but am obviously happy to join a conference with the Court any time.

Thank you for your consideration.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.